# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

September 18, 2012

**Before**

**Frank H. Easterbrook,** *Chief Judge*
**Ilana Diamond Rovner,** *Circuit Judge*
**Diane P. Wood,** *Circuit Judge*

| | |
|---|---|
| MALIBU MEDIA LLC,<br>　　　Plaintiff-Appellant,<br><br>No. 12-2662　　　　　　　v.<br><br>JOHN DOES, 1-14,<br>　　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>]<br>] No. 2:12-cv-02159-HAB-DGB<br>]<br>] Harold A. Baker, Judge. |

O R D E R

　　Plaintiff-appellant Malibu Media LLC appeals the denial of its motion for leave to serve third-party subpoenas in advance of the Fed. R. Civ. P. 26(f) conference. See Fed. R. Civ. P. 26(d)(1). It claims that the order "effectively ended the litigation and was tantamount to dismissing Appellant's case with prejudice," asserting the collateral order doctrine as a basis for appellate review.

　　The district court, however, has not dismissed the case, and until it actually does so, plaintiff-appellant Malibu Media LLC cannot obtain review of the district court's order denying its discovery request to uncover the identity of the unknown defendants. Quite simply, the order is not unreviewable on appeal from a final judgment – one of the requirements for collateral-order review. *Digital Equipment Corp. v. Desktop Direct, Inc.*, 511 U.S. 863, 867 (1994).

　　This appeal is DISMISSED for lack of jurisdiction.